# United States District Court
## Northern District of Illinois
**Eastern Division**

Polyad Company                                 **JUDGMENT IN A CIVIL CASE**

        v.                                                       Case Number: 06 C 5732

Indopco, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Document [142]) is GRANTED.

Summary judgment is entered in favor of the defendant, Indopco, Inc and against the plaintiff, Polyad Company.

Civil case terminated.

                                                        Michael W. Dobbins, Clerk of Court

Date: 9/12/2008                                _____
                                                        /s/ Patricia McQurter-Figgs, Deputy Clerk